UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| DEMECIO JACINTO and MARTINA JACINTO, | ) ) ) ) | |
| Plaintiffs, | ) ) | 3:11-cv-0775-LRH-WGC |
| v. | ) ) | ORDER |
| HSBC BANK, USA; et al., | ) ) | |
| Defendants. | ) ) | |

Before the court are defendants LSI Title Agency, Inc. ("LSI") and Quality Loan Service Corp.'s ("QLS") motion to dismiss (Doc. #6[1]); defendant Ticor Title of Nevada, Inc.'s ("Ticor") motion to dismiss (Doc. #12); defendant Western Title Services, Inc.'s ("Western") motion to dismiss (Doc. #14); and defendants Americas Servicing Company ("ASC"), Wells Fargo Bank ("Wells Fargo"), and Mortgage Electronic Registration Systems, Inc.'s ("MERS") motion to dismiss (Doc. #40).

After the filing of defendants' motions to dismiss, plaintiffs Demecio and Martina Jacinto ("the Jacintos") filed an amended complaint. Doc. #43. The filing of the amended complaint supersedes the original complaint in its entirety. Accordingly, defendants' motions to dismiss the complaint are now moot. Therefore, the court shall deny the motion to dismiss without prejudice to

---

[1] Refers to the court's docket entry number.

1 | allow defendants an opportunity to respond to the amended complaint.

2

3 |     IT IS THEREFORE ORDERED that defendants' motions to dismiss (Doc. ##6, 12, 14, 40)

4 | are DENIED without prejudice.

5 |     IT IS SO ORDERED.

6 |     DATED this 21st day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE