UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

|  |  |
|---|---|
| DEMECIO JACINTO and MARTINA JACINTO | )<br>)<br>) |
| Plaintiffs, | )  3:11-cv-0775-LRH-WGC<br>) |
| v. | )  ORDER<br>) |
| HSBC BANK, USA; et al., | )<br>) |
| Defendants. | )<br>) |

Before the court is defendants LSI Title Agency, Inc. ("LSI") and Quality Loan Service Corporation's ("QLS") motion to dismiss. Doc. #58. On May 21, 2012, the court dismissed plaintiffs' complaint for failure to state a claim. Doc. #57. Thus, moving defendants' pending motion to dismiss is moot and the court shall deny it accordingly.

IT IS THEREFORE ORDERED that defendants' motion to dismiss (Doc. #58) is DENIED as moot.

IT IS SO ORDERED.

DATED this 6th day of June, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE