# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

DEMECIO JACINTO and MARTINA JACINTO,

        Plaintiffs,

v.

HSBC BANK, USA; et al.,

        Defendants.

3:11-cv-0775-LRH-WGC

ORDER

    Before the court is defendants LSI Title Agency, Inc. ("LSI") and Quality Loan Service Corporation's ("QLS") motion to dismiss. Doc. #58. On May 21, 2012, the court dismissed plaintiffs' complaint for failure to state a claim. Doc. #57. Thus, moving defendants' pending motion to dismiss is moot and the court shall deny it accordingly.

    IT IS THEREFORE ORDERED that defendants' motion to dismiss (Doc. #58) is DENIED as moot.

    IT IS SO ORDERED.

    DATED this 6th day of June, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE